# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRAL VALLEY SERVICES, LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE FILTA GROUP, LTD.,<br><br>Defendant. | Case No. 1:26-cv-04651-KES-SAB<br><br>ORDER DIRECTING DEFENDANT TO CLARIFY FEE PAID FOR *PRO HAC VICE* APPLICATIONS<br><br>(ECF Nos. 8, 9)<br><br>**SEVEN-DAY DEADLINE** |

Pending before the Court are two applications for *pro hac vice* admission on behalf of Defendant. (ECF Nos. 8, 9.) On the docket, local counsel for Defendant paid the amount of $300.00 (receipt # ACAEDC-13649049). Under the attorney fee schedule of the Eastern District of California, *pro hac vice* applications are subject to a $300.00 fee for *each* application. Therefore, the Court DIRECTS Defendant, within **seven (7) days** of the entry of this order, to file a status report indicating to which application the $300.00 fee applies. Alternatively, Defendant may pay a second fee of $300.00 in order for the Court to consider both applications.

IT IS SO ORDERED.

Dated: **July 29, 2026**

STANLEY A. BOONE
United States Magistrate Judge