# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRAL VALLEY SERVICES, LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE FILTA GROUP, INC.,<br><br>Defendant. | Case No. 1:26-cv-04651-KES-SAB<br><br>ORDER GRANTING MICHAEL D. JOBLOVE'S *PRO HAC VICE* APPLICATION<br><br>(ECF No. 9) |

Before the Court is the application of Michael D. Joblove, attorney for Defendant The Filta Group, Inc., for admission to practice *pro hac vice*. L.R. 180(b)(2).

Following review, the application for admission to practice *pro hac vice* is HEREBY GRANTED. The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated: **July 31, 2026**

STANLEY A. BOONE
United States Magistrate Judge