# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRAL VALLEY SERVICES, LLC, et al.,<br>Plaintiffs,<br>v.<br>THE FILTA GROUP, INC.,<br>Defendant. | Case No. 1:26-cv-04651-KES-SAB<br>ORDER REGARDING STIPULATION TO EXTEND BRIEFING SCHEDULE<br>(ECF No. 11) |

Before the Court is a stipulation from the parties regarding the briefing schedule on Plaintiffs' motion for permanent injunction. (ECF No. 11.) For good cause shown, the Court approves the stipulation and ORDERS the following:

1. Defendant shall have through **August 14, 2026**, to file its opposition; and
2. Plaintiffs shall have through **August 24, 2026**, to file a reply, if any.

IT IS SO ORDERED.

Dated: **July 31, 2026**

STANLEY A. BOONE
United States Magistrate Judge